McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-MJ-00052-AC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING PRELIMINARY |
| v. | ) | HEARING DATE |
| | ) | |
| RAYMOND LEON RODRIGUEZ, | ) | |
| | ) | Judge: Hon. Allison Claire |
| Defendant. | ) | |
| | ) | |
| | ) | |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on May 15, 2020.

2. By this Stipulation, the parties now move to continue the Preliminary Hearing until July 24, 2020, at 2:00 p.m.  This is the second request for a continuance in this matter.

3. The defendant made his initial appearance on March 11, 2020.

4. The defendant is presently released on pretrial supervision pending trial in this matter.

///

5.  On March 23, 2020, the United States provided 68 pages of reports related to the criminal investigation of the defendant.  On May 4, 2020, counsel for co-defendant Guerra-Salcedo requested additional follow-up discovery.  The United States will provide this discovery to both counsel.  Counsel for the defendant needs time to review the discovery, conduct defense investigation, and consult with the defendant.

6.  Additionally, the parties have discussed potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

7.  The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including July 24, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

8.  Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**


DATED: May 6, 2020              /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Assistant U.S. Attorney

DATED: May 6, 2020              /s/ Philip Cozens
                               PHILIP COZENS
                               Attorney for Raymond Rodriguez
                               (as authorized on May 5, 2020)

## **ORDER**

IT IS SO FOUND AND ORDERED, this 6th day of May, 2020.


ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE