```
1  MCGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00089-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RIGOBERTO GUERRA-SALCEDO, and RAYMOND LEON RODRIGUEZ, | DATE: September 28, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on September 28, 2020.

2. By this stipulation, defendants now move to continue the status conference until December 7, 2020 at 9:00 a.m., and to exclude time between September 28, 2020, and December 7, 2020 at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photographs, and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time review the discovery, conduct defense investigation, meet with their respective clients, and otherwise prepare for trial in this matter.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 28, 2020 to December 7, 2020 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 23, 2020        McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ JUSTIN L. LEE
                                 JUSTIN L. LEE
                                 Assistant United States Attorney

Dated: September 23, 2020        /s/ JONATHAN GONZALES

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

                                                JONATHAN GONZALES  
                                                Counsel for Defendant  
                                                Rigoberto Guerra-Salcedo

Dated:  September 23, 2020          /s/ PHIL COZENS  
                                                PHIL COZENS  
                                                Counsel for Defendant  
                                                Raymond Rodriguez

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  September 23, 2020          _William B. Shubb_  
                                                WILLIAM B. SHUBB  
                                                UNITED STATES DISTRICT JUDGE