McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RIGOBERTO GUERRA-SALCEDO, and RAYMOND LEON RODRIGUEZ, <br><br> Defendants. | CASE NO. 2:20-CR-00089-WBS <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: February 22, 2021 <br> TIME: 9:00 a.m. <br> COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on February 22, 2021.

2. By this stipulation, defendants now move to continue the status conference until May 10, 2021 at 9:00 a.m., and to exclude time between February 22, 2021, and May 10, 2021 at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, photographs, and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

      b)    Counsel for defendants desire additional time review the discovery, conduct defense investigation, meet with their respective clients, and otherwise prepare for trial in this matter.

      c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 22, 2021 to May 10, 2021 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 16, 2021                    McGREGOR W. SCOTT
                                                      United States Attorney

                                                      /s/ JUSTIN L. LEE
                                                      JUSTIN L. LEE
                                                      Assistant United States Attorney

Dated:  February 16, 2021                    /s/ JONATHAN GONZALES

```
                                        JONATHAN GONZALES
                                        Counsel for Defendant
                                        Rigoberto Guerra-Salcedo


Dated:  February 16, 2021               /s/ PHIL COZENS
                                        PHIL COZENS
                                        Counsel for Defendant
                                        Raymond Rodriguez
```

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: February 17, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE