PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>RIGOBERTO GUERRA-SALCEDO, and RAYMOND LEON RODRIGUEZ,<br><br>           Defendants. | CASE NO. 2:20-CR-00089-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 10, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.   By previous order, this matter was set for status on May 10, 2021.

2.   By this stipulation, defendants now move to continue the status conference until August 16, 2021 at 9:30 a.m., and to exclude time between May 10, 2021, and August 16, 2021 at 9:30 a.m., under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   The government has represented that the discovery associated with this case includes investigative reports, photographs, and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

     b)    Counsel for defendants desire additional time review the discovery, conduct defense investigation, meet with their respective clients, and otherwise prepare for trial in this matter.

     c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d)    The government does not object to the continuance.

     e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 10, 2021 to August 16, 2021 at 9:30 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 5, 2021                                PHILLIP A. TALBERT
                                                    Acting United States Attorney

                                                      /s/ JUSTIN L. LEE
                                                      JUSTIN L. LEE
                                                      Assistant United States Attorney

Dated:  May 5, 2021                                /s/ JONATHAN GONZALES

JONATHAN GONZALES
Counsel for Defendant
Rigoberto Guerra-Salcedo

Dated: May 5, 2021                    /s/ PHIL COZENS
PHIL COZENS
Counsel for Defendant
Raymond Rodriguez

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.  Moreover, the ongoing COVID-19 pandemic has led to the suspension of jury trials in this district since March 17, 2020, and the General Orders of this court issued in connection with the pandemic allow for continuances and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), with no further findings required.  General Orders 611, 612, 617, and 618.  Additionally, the April 16, 2020 Order of the Judicial Council of the Ninth Circuit suspended the time limits of 18 U.S.C. § 3161(c) due to a judicial emergency in this district until May 2, 2021.  See In re Approval of the Judicial Emergency Decl. in the E. Dist. of Cal., 956 F.3d 1175 (9th Cir. Judicial Council 2020).

Dated: May 7, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE