PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-00089-WBS |
| Plaintiff, | **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| RIGOBERTO GUERRA-SALCEDO, and RAYMOND LEON RODRIGUEZ, | JURY TRIAL: July 26, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

## ORDER

On February 14, 2022, the parties appeared before the Court for a Status Hearing. At the hearing, the Court set the matter for a Jury Trial on July 26, 2022. At the hearing, the parties agreed that time should be excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] between February 14, 2022, and July 26, 2022, based on defense preparation for trial and the unavailability of defense counsel. Counsel for defendant Rodriguez represented to the Court that he has two state court murder trials that will prevent him from effectively preparing in this case until the July 26, 2022 trial date. In addition, counsel for defendant Guerra-Salcedo advised the United States the additional time is necessary to for defense counsel with meet with the defendant, review discovery, and prepare for trial in this matter. Both defendants utilize the service of a Spanish

language interpreter and the availability of Spanish language interpreters has contributed to the need for more time to prepare in this case.

Accordingly, the Court ORDERS THAT based on the representations made at the February 14, 2022 Status Hearing, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Therefore, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 14, 2022, to July 26, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: February 14, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE