```
 1  Philip Cozens, State Bar Number 84051
 2  Attorney at Law
 3  1007 Seventh Street, Suite 208
 4  Sacramento, CA   95814
 5
 6  Telephone: (916) 443-1504
 7
 8  Email: pcozens@aol.com
 9
10  Attorney for Defendant Raymond Rodriguez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:20-CR-00089 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| v. | ) | |
| | ) | |
| ROBERTO GUERRO- SALCEDO | ) | |
| RAYMOND RODRIGUEZ, | ) | |
| . | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Justin Lee, Esq. and Defendant Roberto Guerro-Salcedo through his attorney Steven Whitworth and Defendant Raymond Rodriguez through his attorney Philip Cozens, Esq. that:

The Sentencing Hearing currently scheduled for March 6, 2023 at 9:00 a.m. in Judge Shubb's Court be re-scheduled for May 8, 2023 at 9:00 a.m. in Judge Shubb's Court.  The stipulated continuance is necessary because Defendant Raymond Rodriguez is currently diagnosed as having pneumonia and requires bed rest and additional time to recover to appear personally in this matter.

STIPULATION TO CONTINUE SENTENCING HEARING  -1-

Time should be excluded for Defendant's recovery time pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy sentencing. Time should be excluded from speedy trial calculations from March 6, 2023, through and including May 8, 2023.

It is so stipulated.

Dated: March 2, 2023
/s/ Justin Lee, Esq.
Justin Lee, Esq.
Assistant United States Attorney
Eastern District of California


/s/StevenWhitworth,.
_____
Steven Whitworth, Esq
Attorney for Defendant
Roberto Guerra-Salcedo


/s/ Philip Cozens_
Philip Cozens
Attorney for Defendant
Raymond Rodriguez

## ORDER

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for March 6, 2023 at 9:00 a.m. in Judge Shubb's Court be re-scheduled for May 8, 2023 at 9:00 a.m. in the undersigned judge's courtroom with regard to both defendants. Time is excluded to allow time for Defendant Rodriguez's recovery pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendants' and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from March 6, 2023 through and including May 8, 2023.

Dated: March 2, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING -2-