UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RAYMOND LEON RODRIGUEZ,<br><br>        Defendant. | No. 2:20-cr-00089-02 WBS<br><br><br>ORDER |

----oo0oo----

      Before the court is defendant Raymond Leon Rodriguez's Motion for Reduction in Sentence and Compassionate Release. (Docket No. 86.)  The United States shall file any opposition to defendant's motion no later than **November 20, 2025**.  Defendant may file a reply no later than **December 11, 2025**.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

      IT IS SO ORDERED.

Dated: October 29, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1