UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAYMOND LEON RODRIGUEZ,<br><br>  Defendant. | No. 2:20-cr-00089 WBS<br><br><br>ORDER |

----oo0oo----

Defendant Raymond Rodriguez filed a motion for extension of time to respond to the government's opposition to his motion for compassionate release to permit him to consult with the Federal Defender's Office.  (Docket No. 92).  The government filed a statement of non-opposition to Rodriguez's motion for extension of time.  (Docket No. 93).

Accordingly, IT IS THEREFORE ORDERED that defendant's motion for extension of time (Docket No. 92) be, and the same hereby is, GRANTED.  Defendant shall file his response to the government's opposition to his motion for compassionate release

1

on or before January 20, 2026.

        IT IS SO ORDERED.

Dated:  January 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE