UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

RAYMOND LEON RODRIGUEZ,

                    Defendant.

No. 2:20-cr-00089-02 WBS

ORDER

----oo0oo----

Defendant Raymond Leon Rodriguez has filed a Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A), based upon his age, medical conditions, and behavior in prison. For the following reasons, the court finds that Rodriguez has failed to meet his burden of establishing that he is eligible for, or entitled to, a sentence reduction.

First, Rodriguez is not eligible for a reduction of his sentence to a term of time-served. The facts that he is 72 years old, has demonstrated good behavior while in prison, and suffers

1

from several medical conditions, which appear to be common and treatable, do not amount to extraordinary and compelling reasons to reduce his sentence under § 3582(c)(1)(A). See White v. United States, 378 F. Supp. 3d 784, 787 (W.D. Mo. 2019) (denying compassionate release where petitioner suffered from macular degeneration and knee problems).

Second, considering the factors set forth in 18 U.S.C. § 3553(a), given the nature and circumstances of the offense and the history and characteristics of the defendant, the court finds that any reduction of Rodriguez's 87-month sentence is not warranted. He was an active broker and distributor of methamphetamine and heroin. He worked with his co-defendant and source of supply, provided pricing for methamphetamine and heroin, arranged deals out of his home, and was engaged in the distribution of drugs.

IT IS THEREFORE ORDERED that defendant Raymond Leon Rodriguez's motion for reduction in sentence (Docket No. 86) be, and the same hereby is, DENIED.

Dated:   February 9, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2